UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BENJAMIN ESPINOSA,<br><br>                 Plaintiff,<br>v.<br>JOHN HENLEY, *et al.*,<br>                 Defendants. | Case No. 3:25-cv-00188-ART-CSD<br><br>ORDER |

Plaintiff Benjamin Espinosa moves to dismiss this civil-rights action without prejudice, arguing that he misunderstood the law regarding his claims. (ECF No. 7.) Espinosa's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to voluntarily dismiss (ECF No. 7) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

It is further ordered that the application to proceed *in forma pauperis* (ECF Nos. 1, 4) is denied as moot.

DATED THIS 10th day of October, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE